CHARLES GORR, IMPLEADED, ETC.,
v.
JOHN J. A. DAHMKE.

*Jurisdiction of Appellate Court—Short Cause Calendar—Statute.*

This court is without jurisdiction to pass upon the validity of statutes.

[Opinion filed November 17, 1892.]

APPEAL from the County Court of Cook County; the Hon. FRANK SCALES, Judge, presiding.

Messrs. LOUIS KISTLER & SON, for appellant.

Mr. WILLIAM H. GARRISON, for appellee.

MR. JUSTICE WATERMAN. This action, begun before a justice of the peace, was, when brought into the County Court, placed and tried, when reached, upon the short cause calendar.

The court on motion of counsel for appellant refused to strike the cause from this calendar, and in this court the constitutionality of the short cause calendar statute is questioned.

This court is without jurisdiction to pass upon the validity of statutes. The appeal is therefore dismissed.

*Appeal dismissed.*